Sandra L. Oliver
P. O. Box 6792
Pico Rivera, CA 90661
Fax 562-463-1133
Plaintiff In Pro Per

FILED
2019 MAY 31 AM 10: 29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

PAID
MAY 31 2019
Clerk, US District Court
COURT 4612

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Sandra L. Oliver,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Ocwen Loan Servicing, LLC.<br>d/b/a OCWEN,<br><br>　　　Defendant(s) | Case No: CV19-04756-MWF-ASx<br><br>COMPLAINT FOR<br>DAMAGES PURSUANT TO<br>26 U.S.C. §7434<br><br>DEMAND FOR JURY TRIAL |

**NOW COMES,** Sandra L Oliver (hereinafter "Plaintiff") in behalf of herself files this complaint against Ocwen Loan Servicing, LLC. doing business as "Ocwen" (hereinafter "Defendant") respectfully showing the Court as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction over federal questions raised under §7434 pursuant to 28 U.S.C.S § 1331.

COMPLAINT - 1

## VENUE

2. Venue is proper in the Central District of California, under 28 U.S.C. § 1391, since Plaintiff is a citizen in this judicial district.

## PARTIES

3. Plaintiff Sandra L. Oliver is a natural person and resides at 4451 Oak Street, Pico Rivera California 90660.

4. Defendant Ocwen is a foreign limited liability company organized under the laws of the State of Delaware with its principal place of business located 1661 Worthington Road, Ste 100, West Palm Beach FL 33409.

5. Defendant may be served with a copy of the summons and complaint by leaving a copy with its registered agent for service Corporation Service Company located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento CA 95833.

## FACTUAL ALLEGATIONS

6. Plaintiff brings this action against Defendant Ocwen under 26 U.S.C. § 7434 for willfully filing fraudulent 1099 information return the IRS. Defendant is a mortgage loan servicer for creditors that has systematically, as company policy, willfully filed knowingly false and fraudulent 1099 information returns with the Internal Revenue Service in violation of 26 U.S.C §7434.

7. In the last six years Defendant has filed more than ten thousand (10,000) false 1099-A Acquisitions or Abandonment of Secured Property Information Returns

(hereinafter 1099's) with the IRS that relate to the Plaintiff. A true and correct copy of the Plaintiff's 1099 is attached hereto as "Exhibit A."

8. Upon filling of the fraudulent 1099's the Defendant can then fraudulently claim a business loss due to the foreclosures or abandonment on its federal income tax return and concomitantly substantial increase the tax burden on the Plaintiff and all others similarly situated.

9. Plaintiff was never indebted to Defendant in any amount whatsoever for the property located 1860 Nevada Avenue, Las Cruces, New Mexico 88001. (hereinafter "Property"). The Property is secured by a mortgage back security

10. The Property is a rental property for the Plaintiff. The Property became vacant on or about early September 2017 due to an unforeseen roof collapse in the den area of the Property. The roof caved in and the home was unfit for habitation. The Plaintiff did not collect any rental income during this time period due to loss.

11. The Plaintiff advised the Defendant of property damage on or about late September. The Defendant was aware of the circumstances and proceeded by filling an insurance claim for the loss. The insurance carrier, Allstate Indemnity Company confirmed the claim by Defendant. Plaintiff informed Defendant of interest in the Property.

12. Nevertheless Defendant filed the 1099 with the IRS in or around January 2017 claiming Plaintiff abandoned the Property.

13. Defendant willfully filed a 1099 with the IRS regardless of knowing the Plaintiff's intent and unforeseen circumstances.

14. The 1099 issued to Plaintiff that was willfully filed by Defendant are fraudulent because :

    a. The Defendant was never lent any money whatsoever to Plaintiff.

    b. The Plaintiff never abandoned the Property. The Defendant understood the reason why the Property vacant.

    c. The Defendant never acquired title to the Property.

## COUNT 1

## VIOLATION OF 26 U.S.C §7434

15. Title 26, Section 7434 provides a private cause of action for civil damages for fraudulent filing of tax information returns:

**(a) In general**

If any person willfully files fraudulent information return with respect to payments purported to be made to any other person, such other person may bring a civil action for damages against the person so filing such return.

**(b) Damages**

In any action brought under subsection (a), upon a finding of liability on the part of the defendant, the defendant shall be liable to the plaintiff in an amount equal to the greater of $5,000 or the sum of –

(1) Any actual damages sustained by the plaintiff as a proximate result of the filing of the fraudulent information return (including any costs attributable to resolving deficiencies asserted as a result of such filing.),

(2) The costs of the action, and

(3) In the court's discretion, reasonable attorney fees.

26 .S.C. §7434

16. Defendant willfully filed the fraudulent 1099 with the IRS attached hereto as Exhibit "A" in violation of 26 U.S.C. § 7434.

17. Plaintiff is entitled to an award if $5000 (five thousand dollars) in statutory damages, and reasonable attorney fees necessarily incurred in the prosecuting this action.

## **DEMAND FOR JURY TRIAL**

18. Plaintiff hereby demands a trial by jury on the claims so triable.

WHEREFORE, Plaintiff respectfully request that this Court grant relief as follows:

a. As to Count I award $5000 in statutory damages and reasonable attorney fees to the Plaintiff;

b. Order Defendant to file corrected 1099 Returns with the IRS for the Plaintiff;

c. Grant Plaintiff a jury trial on all issues so triable;

d. Award Plaintiff costs of this action, including expert fees;

e. Award Plaintiff further relief as the Court may deem just and proper.

Dated this 30th day of May, 2019

*[signature]*

Sandra L. Oliver
Plaintiff in Pro Per

# EXHIBIT A

| LENDER'S name, street address, city or town, province or state, country, ZIP or foreign postal code. See telephone no. | | CORRECTED (if checked) OMB No. 1545-0877 | | Acquisition or Abandonment of Secured Property |
|---|---|---|---|---|
| OCWEN<br>P.O. Box 24646<br>West Palm Beach, FL 33416-4646<br><br>If you have any questions, call toll-free: 1-800-746-2936 | | **2017**<br>Substitute<br>Form 1099-A | | |
| | | 1. Date of lender's acquisition or knowledge of abandonment<br>10/03/17 | 2. Balance of principal outstanding<br>$ 75,266.34 | **Copy B**<br>**For Borrower** |
| 1/15/18 2:23 PM 3  0021532 20180118 NA4LW106 OCW99A 1 oz DOM NA4LW10000* 156133 9A<br><br>SANDRA L OLIVER<br>PO BOX 6792<br>PICO RIVERA CA 90661-6792 | | 3. | 4. Fair market value of property<br>$ 101,000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | | 5. If checked, the borrower was personally liable for repayment of the debt ▶ [X] | | |
| | | 6. Description of property<br><br>1860 Nevada Ave<br>Las Cruces, NM 88001 | | |
| LENDER'S federal identification number | BORROWER'S Identification number<br>XXX-XX-5324 | | | |
| Account number (see instructions) | | | | |

Substitute Form **1099-A**            (keep for your records)            Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

